IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01236-WYD-KLM

SHELLY M. LAWTON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER

    This matter comes before me on the parties' Stipulated Motion for Dismissal With Prejudice [DE-19].  Having reviewed the motion, it is hereby

    ORDERED THAT this case is DISMISSED WITH PREJUDICE, all pending motions are DENIED AS MOOT and this case is CLOSED.  Each party shall pay its own costs.

    Dated:  October 3, 2012.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      CHIEF UNITED STATES DISTRICT JUDGE